IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 86-cv-00369-ZLW

UNITED STATES OF AMERICA and
THE STATE OF COLORADO,

    Plaintiffs,

vs.

BRODERICK INVESTMENT COMPANY;
TOM H. CONNOLLY, AS TRUSTEE;
and BURLINGTON NORTHERN RAILROAD
COMPANY,

    Defendants and Third-Party Plaintiffs,

vs.

COLORADO NATIONAL BANK OF DENVER,
N.A., and FIRST INTERSTATE BANK
OF DENVER, N.A.,

    Third-Party Defendants.

---

**ORDER APPROVING STIPULATION AND MODIFICATION OF
CONSENT DECREE WITH BRODERICK INVESTMENT COMPANY**

---

THIS MATTER having come before the Court upon the Joint Motion of the United States of America and the State of Colorado for the approval of the Stipulation and Modification of Consent Decree ("Stipulation") with Broderick Investment Company ("BIC") which was lodged with the Court on September 15, 2008 (Docket No. 399-2),

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and the Stipulation is APPROVED as of this   29   day of   October  , 2008.

BY THE COURT:

s/ Zita L. Weinshienk

ZITA L. WEINSHIENK
U.S. District Court Judge